UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AKSENENKO and STANISLAV GROMOV,<br><br>　　　　　　　　　　Petitioners,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 26-cv-1005-CAB-MMP<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 1] |

　　　Olga Aksenenko and Stanislav Gromov (collectively, "Petitioners"), a married couple, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioners allege that they presented themselves at the United States border in July 2022 seeking asylum, were granted humanitarian parole, and lived here pending the adjudication of their asylum claim. Then in October 2025, Respondents detained them without notice or justification. While in detention, an immigration judge denied Petitioners' asylum claims; Petitioners intend to appeal this decision to the Board of Immigration Appeals.

      Respondents do not contest any of Petitioners' asserted facts. [Doc. No. 4.] Nor do Respondents make any legal arguments against Petitioners' claims that their detention violates the Due Process Clause of the Fifth Amendment, the Administrative Procedure Act, and their status as humanitarian parolees. Instead, Respondents say that Petitioners are entitled to a bond hearing under 8 U.S.C. § 1226(a).

      In light of Petitioners' unrefuted facts and legal claims, and Respondents' non sequitur response, the Court **GRANTS** a writ of habeas corpus for both Petitioners based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). The Court **ORDERS** Respondents to immediately release Petitioners. <u>The Clerk of the Court shall close the case.</u>

      It is **SO ORDERED**.

Dated:  March 6, 2026

                                          Hon. Cathy Ann Bencivengo
                                          United States District Judge